**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No.  5:12-cr-42-Oc-22PRL

**CARLOS SOLARES**

_____

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Cr.P. and Rule 6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One of the Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea agreement and the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.  The Defendant is in custody of the U.S. Marshal pending sentencing.

Date:  January 22, 2013

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Honorable Anne C. Conway
District Judge Courtroom Deputy
United States Attorney
United States Probation Office
Counsel for Defendant

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.