**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                     **CASE NO: 5:12-cr-42-Oc-22PRL**

**CARLOS SOLARES**

---

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, (Doc. No. 118), to which there has been no Notice of Objection filed by the Government nor the Defendant, the plea of guilty of the defendant to Count One of the Second Superseding Indictment is now accepted and the defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 12th day of February, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Pretrial Services

Case 5:12-cr-00042-ACC-PRL   Document 135   Filed 02/12/13   Page 2 of 2 PageID 424